**Maurice WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 105309**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: October 17, 2017

Amanda R. Langenheim, Assistant Public Defender, Office of the Public Defender, Western Appellate/PCR Division, 920 Main Street, Suite 500, Kansas City, MO 64105, for appellant.

*see also* Note on Use No. 1 to MAI-CR 4d 419.14 (stating MAI-CR 4d 419.14 is a revision of MAI-CR 3d 319.16 (effective 9-1-01)

Mary H. Moore, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

## ORDER

PER CURIAM.

Maurice Wilson ("Movant") appeals from the denial of his Rule 29.15 post-conviction relief motion without an evidentiary hearing. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).